[No. 8162–8–II.   Division Two.   July 9, 1987.]

STEVEN WEBER, *Appellant,* v. BRUCE OGREN,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pacific

County, No. 84-2-00104-8, Herbert E. Wieland, J., entered September 25, 1984. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.